UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Nancy Lange, ) | |
| ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | Case No. 4:13cv02385 ERW |
| vs. ) | |
| ) | |
| Sheriff Mark Dobbs, et al. ) | |
| ) | |
| ) | |
| Defendant(s) ) | |

### **ORDER**

The above styled and numbered case was filed on November 25, 2013 and randomly assigned to the Honorable E. Richard Webber , United States District Judge.

After a review of the case, the Clerk's Office determined  that the case was opened incorrectly.   The case should have been assigned to the Southeastern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge, under cause number 1:13cv00172.    **IT IS FURTHER ORDERED** that cause number. 4:13cv02385 ERW be administratively closed.

Dated this 25th Day of November, 2013.             JAMES G. WOODWARD

By:   /s/ Katie Spurgeon, Deputy in Charge

**Please note the new case number: 1:13cv00172 LMB.**